1  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  CIARA MITTAN (CSB No. 293308)
   cmittan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  RYAN TYZ (CSB 234895)
   ryan@tyzlaw.com
8  TYZLAW
   28 2nd Street
9  Floor 3, #3119
   San Francisco, CA  94105
10 Telephone:     415.513.0765

11

   Attorneys for Defendants
12 THE PEER GROUP INC. and PEER
   INTELLECTUAL PROPERTY INC.
13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                            OAKLAND DIVISION
17

18
   SEMICONDUCTOR EQUIPMENT AND              Case No.: 15-cv-00866
19 MATERIALS INTERNATIONAL, a California
   Corporation,                             [~~PROPOSED~~] ORDER
20
                  Plaintiff,
21
         v.
22
   THE PEER GROUP INC., an Ontario, Canada
23 Corporation, and PEER INTELLECTUAL
   PROPERTY INC., an Ontario, Canada
24 Corporation,

25                Defendants.

26

27

28

   PROPOSED ORDER                                        Case No.: 15-cv-00866

Having considered Plaintiff Semiconductor Equipment and Materials International's (SEMI) motion to strike Defendants' defenses (Document No. 27), and Defendants' statement of nonopposition, request for leave to amend, and request to vacate the hearing, it is hereby ORDERED that:

(1) Defendants' first defense – failure to state a claim – is stricken without leave to amend;

(2) Defendants' second defense – lack of subject matter jurisdiction – is stricken with leave to amend;

(3) Defendants' third defense – licensee estoppel – is stricken with leave to amend;

(4) The hearing set for June 9, 2015 is vacated; and

(5) Defendants are granted leave to amended their answer, which shall be filed and served within (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: May 14, 2015

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge